IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY WAYNE TIMMONS, #16404 | * | |
| Petitioner | * | |
| | * | |
| v. | * | Civil Action No. AW-06-1795 |
| | * | |
| JON P. GALLEY, Warden, *et al.* | * | |
| Respondents | * | |

oOo
**MEMORANDUM**

This matter is before the Court on the pro se 28 U.S.C. § 2254 application for Writ of Habeas Corpus filed by Anthony Wayne Timmons, an inmate at the Western Correctional Institution. In this petition, Timmons challenges his 1993 conviction and 1994 sentence in the Circuit Court for Washington County, Maryland for robbery with a deadly weapon. Respondents have filed a response seeking dismissal of the petition as successive or otherwise time-barred.[1]

Upon review of the pleadings, the Court finds no need for an evidentiary hearing. *See* 28 U.S.C. Section 2254(e)(2)*;* Rule 8(a), Rules Governing Section 2254 Cases in the United States District Courts*.* For the reasons that follow, the Court determines the §2254 motion is second or successive, and without authorization from the United States Court of Appeals for the Fourth Circuit, this Court lacks jurisdiction to consider the Petition.

**I. Procedural History**

On August 12, 1993, Timmons was convicted in the Circuit Court for Washington County of robbery with a deadly weapon. On January 24, 1994, the Court imposed a twenty-year sentence of imprisonment. The Court of Special Appeals of Maryland affirmed the convictions by unreported

---

[1] The Court granted Timmons thirty days to reply. Paper No. 3. Timmons has not filed a Reply.

per curium opinion filed on October 25, 1994. The Court of Appeals of Maryland denied review by order dated March 22, 1995.

On July 22, 1996, Timmons initiated stated post-conviction proceedings in the Circuit Court for Washington County. The Circuit Court denied his petition for post-conviction relief on April 9, 1997. The record indicates that he did not seek further review in state court after his petition was denied.

Timmons filed his first 28 U.S.C. § 2254 petition for federal habeas corpus relief in 1998. *See Timmons v. Moats, et. al.*, Civil Action Nol FNS-98-515 (D. Md). This Court denied the petition for lack of merit on May 4, 1998. *See id.* The denial was affirmed by the Fourth Circuit on October 8, 1998. Paper No. 6.

**II. Analysis**

A prisoner may file a second or successive habeas corpus petition only if he has moved the appropriate circuit court for an order authorizing the district court to consider his application, *See* 28 U.S.C. §2244(b)(3)(A). In this case, the United States Court of Appeals for the Fourth Circuit must authorize consideration of Timmons's second or successive §2254 motion. Timmons provides no evidence that he has complied with this procedural prerequisite,[2] and for this reason, the Court must dismiss the motion for lack of jurisdiction. *See Evans v. Smith,* 220 F.3d 306, 325 (4th Cir. 2000). An order consistent with this Memorandum follows.

October 17, 2006                           /s/
                                      Alexander Williams, Jr.
                                      United States District Judge

---

[2] The Court will direct the Clerk to mail to Timmons an information packet for seeking authorization in the United States Court of Appeals for the Fourth Circuit to file a second or successive §2254 motion.